# ALABAMA COURT OF CRIMINAL APPEALS



August 29, 2025

**CR-2024-0434**
Kiya Yearnette Henderson v. State of Alabama (Appeal from Mobile Circuit Court: CC-23-2248)

# <u>NOTICE</u>

You are hereby notified that on August 29, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk